UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:16-CT-3209-BO

JEREMY LOVE,

    Plaintiff,

v.

TODD P. YOUNG and
SHON E. McCOURT,

    Defendants.

**VERDICT SHEET**

1. Do you find that Plaintiff established by a preponderance of the evidence that Defendants Young or McCourt each individually used force against the Plaintiff maliciously and sadistically for the very purpose of causing Plaintiff harm on April 28, 2016?

   Defendant Young    Yes____    No ✓

   Defendant McCourt    Yes____    No ✓

   *If you answered "No" to Question #1 above as to both defendants, then you have found for the Defendants and you should not proceed any further. If, on the other hand, you answered "Yes," as to either or both of the defendants, proceed to Question #2 below.*

2. As a result of each defendant's actions, did Plaintiff suffer some injury?

   Defendant Young    Yes____    No____

   Defendant McCourt    Yes____    No____

   *If you answered "No" to Question #2 above, then you have found for the Defendants and you should not proceed any further. If, on the other hand, you answered "Yes," proceed to Question #3 below.*

3. Did Plaintiff suffer damages?

   Defendant Young        Yes____        No____

   Defendant McCourt      Yes____        No____

   If YES, what is the dollar amount of Plaintiff's damages?

   Defendant Young        $_____

   Defendant McCourt      $_____

   If NO, award nominal damages in the amount of $1.00:

   Defendant Young        $_____

   Defendant McCourt      $_____

4. Is Plaintiff entitled to punitive damages?

   Defendant Young        Yes____        No____

   Defendant McCourt      Yes____        No____

   If YES, what is the dollar amount of punitive damages?

   Defendant Young        $_____

   Defendant McCourt      $_____

SO SAY WE ALL.

DATE 11/3/2021

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.
✓ Jury Foreperson Signature