IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEREMY R. LOVE,
                Plaintiff,
     v.                                 **Judgment in a Civil Case**
CORRECTIONAL OFFICER BEASLEY,
CORRECTIONAL OFFICER MCCOURT,
CORRECTIONAL OFFICER COMILLONI,
and SERGEANT YOUNG,
                Defendants.                 Case Number: 5:16-CT-3209-BO

**Decision by Jury.**

This action came before the Court, following remand from the Fourth Circuit Court of Appeals, for a jury trial beginning November 2, 2021.

**IT IS ORDERED, ADJUDGED AND DECREED,** pursuant to the Court's order entered on March 1, 2018, that defendant, Correctional Officer Comilloni, is dismissed from this action without prejudice for failure to obtain service within the time period required by Rule 4(m).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** pursuant to the Court's order dated April 30, 2019, that defendant, Correctional Officer Beasley's, motion for summary judgment is granted as to plaintiff's excessive force claim and the remaining claims are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)(ii).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that Plaintiff has not proved, by a preponderance of the evidence that Defendants Young or McCourt each individually used force against the Plaintiff maliciously and sadistically for the very purpose of causing Plaintiff harm on April 28, 2016.

This Judgment Filed and Entered on November 4, 2021, with service on:
David W. McDonald (via CM/ECF Notice of Electronic Filing)
Alex Ryan Williams (via CM/ECF Notice of Electronic Filing)

November 4, 2021                      Peter A. Moore, Jr.
                                     Clerk of Court

                                By: _____
                                      Deputy Clerk